# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00133-CV

**Michael Quinn Sullivan, Appellant**

**v.**

**Texas Ethics Commission, Appellee**

### FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-21-003269, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Michael Quinn Sullivan has filed an agreed motion to dismiss this appeal and requests expedited issuance of our mandate based on the parties' agreement. We grant the motion, dismiss the appeal, and direct the Clerk of this Court to issue mandate on or before February 23, 2026. *See* Tex. R. App. P. 18.1(c), 42.1(a)(1).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Theofanis and Ellis

Dismissed on Appellant's Motion

Filed: February 13, 2026